UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO.: 5:15-CV-68

WILLIAM BOYD MORRIS AND,
KAREN ELIZABETH KUESTER,

Plaintiffs,

Vs.

AAA MOVING & STORAGE, LLC,

Defendant.

**DEFAULT JUDGMENT**

The Defendant, AAA Moving & Storage, LLC, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of Plaintiffs and upon affidavit that Defendant is indebted to Plaintiffs in the principal sum of $17,083.64 plus interest from the date of judgment as provided by law; that defendant had been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which by computation can be made certain; it is hereby ORDERED, ADJUDGED, and DECREED that Plaintiffs, William Boyd Morris and Karen Elizabeth Kuester, recover of the Defendant, AAA Moving & Storage, LLC, $17,083.64 plus interest from the date of judgment until the entire amount is paid as provided by law.

Plaintiffs, William Morris and Karen Kuester, requested attorney fees in the amount of $11,450.00 to be included in this "Default Judgment." However, Rule 54(d) (2) (A) requires that all attorney's fees be made by motion and the Clerk has no authority to award attorney fees so this "Default Judgement" remains silent as to attorney's fees.

203901.1

This judgment is entered by the Clerk at the request of the Plaintiffs and upon affidavit that said amount is due, in accordance with Rule 55(b) (1) of the Federal Rules of Civil Procedure.

Signed: July 15, 2015

_____
Frank G. Johns, Clerk
United States District Court

203901.1